**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000006
27-JUN-2012
01:49 PM**

NO. CAAP-12-0000006

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
JOSHUA K. CASTILLANO, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1DTI-09-069275)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Fujise and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) on January 4, 2012, Defendant-Appellant Joshua K. Castillano (Appellant) filed a notice of appeal; (2) the record on appeal was filed on March 14, 2012, and the appellate clerk informed Appellant that the jurisdictional statement was due March 27, 2012 and the opening brief was due April 23, 2012; (3) Appellant did not file either document; (4) on June 14, 2012, the appellate clerk informed Appellant that: (a) the time for filing the statement of jurisdiction and the opening brief expired; (b) pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure, the matter would be called to the attention of the court on June 24, 2012 for such action as the court deems proper;

and (c) the appeal may be dismissed; and (5) thereafter, Appellant did not file the statement of jurisdiction and opening brief or respond to the notice of default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, June 27, 2012.

Presiding Judge

Associate Judge

Associate Judge